UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZION HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, EDDY CHRISPIN, individually and in his capacity as a police officer for the Boston Police Department, COMMONWEALTH OF MASSACHUSETTS, BRIAN BERRY, individually and in his capacity as a state trooper for the Massachusetts State Police,<br><br>    Defendants. | C.A. No. |

## NOTICE OF REMOVAL

The Defendant, City of Boston, through its undersigned counsel, hereby gives notice of the removal of this action pursuant to 28 U.S.C. §§ 1441, 1446 and Local Rule 81 of the United States District Court for the District of Massachusetts from the Suffolk County Superior Court, where this action is currently pending. In Suffolk County Superior Court, the case is docketed as Civil Action No. 2284CV00655 ("State Court Action") and has the same caption as above.

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1. On March 25, 2022, the plaintiff commenced the State Court Action, asserting six (6) counts against four defendants: the City of Boston, Eddy Chrispin, the Commonwealth of Massachusetts, and Brian Berry.

2. Plaintiff's fifth count asserts a federal claim against Eddy Chrispin and

the City of Boston[1] for excessive force in violation of the Fourth Amendment pursuant to 42 U.S.C. § 1983.

3. As required by 28 U.S.C. §1446(a), attached as Exhibit 1 is a copy of pleading in the State Court Action. As of the date of this filing, the City has not been served with Plaintiff's complaint. This Notice of Removal was filed prior to the expiration of 30 days from the date of service. See 28 U.S.C. §1446(b)(1); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

4. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United States Code. The claim against the Commonwealth is severable.

5. Venue in proper in this Court pursuant to 28 U.S.C.A. §1441(a) because the State Court Action is pending in Massachusetts.

6. The claim against the Commonwealth is severable and all of the remaining defendants have not been properly served.

7. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal (attached as Exhibit B) will be filed in the Suffolk Superior Court upon filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

---

[1] Because the claim is in Eddy Chrispin's official capacity, it is, for legal purposes, a claim against the City of Boston.

Date:  April 13, 2022                    Respectfully submitted,

                                            **CITY OF BOSTON**

                                            By its attorneys:

                                            ADAM CEDERBAUM
                                            Corporation Counsel

                                            */s/ Nieve Anjomi*
                                            Nieve Anjomi (BBO# 651212)
                                            Senior Assistant Corporation Counsel
                                            City of Boston Law Department
                                            City Hall, Room 615
                                            Boston, MA  02201
                                            (617) 635-4098
                                            Nieve.Anjomi@boston.gov

## Certificate of Service

      I hereby certify that a true copy of the above document was served upon the Plaintiff by email at the following address on April 13, 2022:

    Joseph Charles Borsellino, Esq.,
    Law Office of Joseph C. Borsellino, LLC
    515 Providence Highway Suite 103
    Dedham, MA  02026
    Jose@D-Blaw.com

                                            */s/ Nieve Anjomi*
                                            Nieve Anjomi