UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Zion Hunter

    Plaintiff

v.                                                            Civil Action No. 22-10549-FDS

City of Boston et al

    Defendant

## ORDER FOR REMAND

Saylor, CJ

In accordance with this Court's Memorandum and Order dated June 8, 2022, plaintiff's motion to remand is GRANTED as to Count 2, and otherwise DENIED. The claim against the Commonwealth of Massachusetts, as set forth in Count 2, is hereby severed from the remaining claims and remanded to the Suffolk Superior Court for further proceedings.

                                            BY THE COURT,

                                            /s/ Christina McDonagh

                                            Deputy Clerk

DATED: June 8, 2022